STATE of Missouri, Plaintiff–
Respondent,

v.

Christopher DAVIS, Defendant–Appellant.

Christopher DAVIS, Movant,

v.

STATE of Missouri, Respondent.

Nos. 62910, 64488.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 19, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 19, 1994.

Robert E. Steele, Jr., St. Louis, for movant, defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent, plaintiff-respondent.

Before SIMON, P.J., and PUDLOWSKI and CRANDALL, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the judgment of conviction of robbery in the first degree, § 569.020 RSMo 1986. He was sentenced to eighteen (18) years imprisonment. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of conviction is affirmed. Rule 30.25(b).

Defendant failed to allege in his brief any error in the denial of his Rule 29.15 motion. The denial of post-conviction relief is affirmed. Rule 84.16(b).